UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 16121
  JOHN R HOOKS
                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES
      Debtor
  SSN XXX-XX-4198
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/07/06 and confirmed on 03/16/07.

   2.  The case was dismissed after confirmation, 11/14/2008.

   3.  The Debtor paid a total of $  13875.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 15062.16 | .00 | 6440.13 |
| ILLINOIS DEPT REVENUE | PRIORITY | 5365.03 | .00 | 3117.33 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6230.88 | .00 | 3620.42 |
| GEORGE BAILEY ATTY | UNSECURED | NOT FILED | .00 | .00 |
| NELNET FOR COLLEGE ACCES | UNSECURED | 21918.37 | .00 | .00 |
| TOM HALPIN | UNSECURED | NOT FILED | .00 | .00 |
| FRED ANTHONY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 398.92 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 2454.71 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15062.16 | 11595.91 | 24772.00 | .00 | 51430.07 |
| PRINCIPAL PAID | 6440.13 | 6737.75 | .00 | .00 | 13177.88 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 6440.13 | 6737.75 | .00 | .00 | 13177.88 |

The Debtor's attorney, RICHARD S BASS                , was allowed $   2800.00
and was paid $   2800.00  direct and $     .00  through the plan.

The Trustee received $     697.12 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/09                         /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
    CASE NO. 06 B 16121 JOHN R HOOKS
```